STATE OF MAINE                         SUPERIOR COURT
KENNEBEC, SS.                          CRIMINAL ACTION
                                       Docket No. CR-14-013

STATE OF MAINE

v.                                     **ORDER**

DORIAN WHITE,

        Defendant


Before the court is Defendant's omnibus motion to suppress evidence. His attorney challenges the arrest of the Defendant and subsequent search for failure on the part of the State to produce the warrant issued by the State of New York as supported by probable cause. Defendant also challenges the identification of the Defendant by what he characterizes as a suggestive "show up."

Facts found by the court from testimony and exhibits at hearing are that a confidential informant for the City of Waterville Police Department made two drug buys on September 25, 2013, in both cases alleged to be crack cocaine. The seller was identified by the pseudonym "Stacks." Apparently the individual also went by the name "Pops" and "Money." Some months later, in December of 2013, the investigating officer was in contact with another confidential informant who advised the officer that a person known as "Stacks" was one Dorian White, he was from New York, and he was a member of the Bloods gang. The officer called the

District Attorney in the appropriate New York precinct and discovered that there was a warrant in New York for White's arrest. The District Attorney's office also sent to the Waterville officer a six-page document consisting of four pages of mug shot photographs and two pages of photographs of tattoos. As a result, the officer obtained a search warrant and conducted a surveillance of a certain premises in Waterville. The photos were shown to both confidential informants.

On January 3, 2014, officers responded to a domestic disturbance at or near the Waterville Central Fire Station. Inasmuch as the photos of the Defendant had been made available to all the officers of the Department, the officers confronted the male in the domestic disturbance who identified himself as "Donte Brown." Satisfying himself that the individual in question was in fact Dorian White and not Donte Brown, the officer effected an arrest and a search of the individual attendant to the arrest. This resulted in the discovery of drugs, illegal under the circumstances, and a sum of money.

At the Waterville Police Department, Mr. White was shown the photographs and admitted that he was Dorian White.

At the hearing on the motion to suppress, the Defendant argued that the court could not sustain the arrest based upon the warrant because the warrant had not been produced to the court. Agreeing that under the "fellow officer rule," *Whiteley v. Warden, Wyoming State Penitentiary*, 401 U.S. 560 (1971), officers

may effect an arrest without personal knowledge of probable cause if they are "entitled to act" on a request made by a fellow officer who has the authority. Arguing that the existence of probable cause at the originating source is a requisite of the rule, it was incumbent upon the State to establish the validity of the warrant. Without doing so, the officer had no probable cause to act. Since the State did not produce the warrant at the suppression hearing, the Defendant argues the lack of probable cause. To this argument, the State responds with a motion to reopen the evidence in order to present the warrant which it alleges it has in its possession. Thus, the motion hearing is not concluded but is subject to the request by the State.

The court grants the State's request to reopen the evidence in the suppression hearing and orders a continued hearing on the motion for final resolution.

The entry will be:

> State's Motion to Reopen Evidence in the hearing on Defendant's Motion to Suppress conducted November 4, 2014, is GRANTED.
>
> The Clerk will schedule a continuation of the Motion hearing without delay.

DATED: June 9, 2015

Donald H. Marden
Superior Court Justice

STATE OF MAINE
  vs
DORIAN J WHITE
70 LENOX AVE
MANHATTAN NY 10001

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2014-00013

**DOCKET RECORD**

DOB: 12/03/1987
Attorney: LEONARD SHARON
          LEONARD SHARON ESQ PC
          223 MAIN STREET
          AUBURN ME 04210-5833
          RETAINED 03/10/2014

State's Attorney: MAEGHAN MALONEY

Filing Document: CRIMINAL COMPLAINT
Filing Date: 01/06/2014

· Major Case Type: FELONY (CLASS A,B,C)

## Charge(s)

1   AGGRAVATED TRAFFICKING OF SCHEDULED DRUGS  09/25/2013 WATERVILLE
Seq 11550 17-A  1105-A(1)(B)(1)        Class A
   CLOUTIER            / WAT

2   AGGRAVATED TRAFFICKING OF SCHEDULED DRUGS  09/25/2013 WATERVILLE
Seq 11550 17-A  1105-A(1)(B)(1)        Class A
   CLOUTIER            / WAT

3   UNLAWFUL POSSESSION OF OXYCODONE           01/03/2014 WATERVILLE
Seq 11123 17-A  1107-A(1)(B)(4)        Class C
   CLOUTIER            / WAT

4   CRIMINAL FORFEITURE OF PROPERTY            01/03/2014 WATERVILLE
Seq 7049  15    5826                    Class U
   CLOUTIER            / WAT

## Docket Events:

01/06/2014 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 01/06/2014

01/07/2014 Charge(s): 1,2,3,4
           HEARING -  INITIAL APPEARANCE SCHEDULE OTHER COURT ON 01/06/2014 at 01:00 p.m.

           AUGDC
01/07/2014 Charge(s): 1,2,3,4
           HEARING -  INITIAL APPEARANCE HELD ON 01/06/2014

01/07/2014 Charge(s): 1,2,3,4
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 03/11/2014 at 10:00 a.m.

01/07/2014 Charge(s): 1,2,3,4
           PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 01/06/2014

01/07/2014 BAIL BOND - $50,000.00 CASH BAIL BOND SET BY COURT ON 01/06/2014
           VALERIE  STANFILL , JUDGE
           OR 500,000.00 SINGLE SURETY  WITH NO USE OR POSSESSION OF INTOXICANTS AND RANDOM SEARCH
           AND TEST FOR THE SAME NO CONTACT WITH ASHLEY LOISEL 5-20-77 OR LAMARRE MITCHELL NAD NOT TO

BE AT RESIDENCE PLACE OF EMPLOYMENT OR PLACE OF EDUCATION

01/14/2014 Charge(s): 1,2,3,4
MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 01/14/2014

01/17/2014 Charge(s): 1,2,3,4
MOTION - MOTION FOR APPOINTMENT OF CNSL DENIED ON 01/17/2014

COPY TO PARTIES/COUNSEL
02/20/2014 Charge(s): 1,2,3,4
HEARING - STATUS CONFERENCE NOT HELD ON 02/20/2014

02/20/2014 Charge(s): 1,2,3,4
SUPPLEMENTAL FILING - INDICTMENT FILED ON 02/13/2014

02/20/2014 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT SCHEDULED FOR 03/11/2014 at 08:30 a.m.

02/20/2014 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT NOTICE SENT ON 03/10/2014

02/21/2014 OTHER FILING - NOTICE OF JOINDER FILED BY STATE ON 02/20/2014

03/04/2014 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT RET UNDELIVERABLE ON 03/03/2014

03/10/2014 Party(s): DORIAN J WHITE
ATTORNEY - RETAINED ENTERED ON 03/10/2014

Attorney: LEONARD SHARON
03/11/2014 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT HELD ON 03/11/2014
M MICHAELA MURPHY , JUSTICE
Defendant Present in Court

READING WAIVED. DEFENDANT INFORMED OF CHARGES. COPY OF INDICTMENT/INFORMATION GIVEN TO
DEFENDANT. 21 DAYS TO FILE MOTIONS
03/11/2014 Charge(s): 1,2,3,4
PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 03/11/2014

03/11/2014 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 06/03/2014 at 02:00 p.m.

04/01/2014 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 04/01/2014

04/01/2014 MOTION - OTHER MOTION FILED BY DEFENDANT ON 04/01/2014

MOTION TO ACCESS EVIDENCE FOR INDEPENDENT TESTING.
04/01/2014 MOTION - OTHER MOTION FILED BY DEFENDANT ON 04/01/2014

MOTION TO EXCLUDE THE RESULTS OF A CHEMICAL FIELD TEST.
04/01/2014 MOTION - OTHER MOTION FILED BY DEFENDANT ON 04/01/2014

MOTION TO PREPARE REPORT.

04/01/2014 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 04/01/2014

04/01/2014 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 04/01/2014

          MOTION TO DISCLOSE IDENTITY OF COOPERATING INDIVIDUAL.
04/01/2014 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 04/01/2014

          MOTION TO DISCLOSE INDUCEMENTS MADE TO COOPERATING INDIVIDUALS.
04/01/2014 OTHER FILING -  OTHER DOCUMENT FILED ON 04/01/2014

          REQUEST FOR PRESENCE OF CHEMIST AT TRIAL.
05/05/2014 HEARING -  OTHER MOTION SCHEDULED FOR 06/05/2014 at 08:30 a.m.

          MOTION FOR PROTECTIVE DISCOVERY ORDER.
05/05/2014 HEARING -  OTHER MOTION NOTICE SENT ON 05/05/2014

          MOTION FOR PROTECTIVE DISCOVERY ORDER.
05/14/2014 HEARING -  OTHER MOTION NOT HELD ON 05/13/2014

          MOTION FOR PROTECTIVE DISCOVERY ORDER.
05/14/2014 HEARING -  OTHER MOTION SCHEDULED FOR 06/03/2014 at 02:00 p.m.

          MOTION FOR PROTECTIVE DISCOVERY ORDER
05/14/2014 HEARING -  OTHER MOTION SCHEDULED FOR 06/03/2014 at 02:00 p.m.

          MOTION TO DISCLOSE INDUCEMENTS TO INFORMANTS
05/14/2014 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 06/03/2014 at 02:00 p.m.

          NOTICE  TO PARTIES/COUNSEL
05/20/2014 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 05/19/2014

05/22/2014 LETTER -  REQUEST FOR PROTECTION FILED ON 05/22/2014

          Attorney:  LEONARD SHARON
05/22/2014 Charge(s): 1,2,3,4
          SUPPLEMENTAL FILING -  INDICTMENT FILED ON 05/16/2014

05/22/2014 Charge(s): 1,2,3,4
          HEARING -  ARRAIGNMENT SCHEDULED FOR 06/03/2014 at 02:00 p.m.

05/22/2014 Charge(s): 1,2,3,4
          HEARING -  ARRAIGNMENT NOTICE SENT ON 05/22/2014

07/10/2014 Charge(s): 1,2,3,4
          HEARING -  ARRAIGNMENT HELD ON 06/03/2014
          DANIEL I BILLINGS , JUSTICE
          READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
          DEFENDANT.  21 DAYS TO FILE MOTIONS
07/10/2014 Charge(s): 1,2,3,4
          PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 06/03/2014

07/10/2014 TRIAL -  DOCKET CALL SCHEDULED FOR 08/05/2014 at 02:00 p.m.

07/10/2014 MOTION -  MOTION TO CONTINUE GRANTED ON 05/21/2014
          M MICHAELA MURPHY , JUSTICE
          COPY TO PARTIES/COUNSEL
07/10/2014 HEARING -  MOTION TO SUPPRESS NOT HELD ON 06/03/2014


07/10/2014 HEARING -  OTHER MOTION NOT HELD ON 06/03/2014

          MOTION TO DISCLOSE INDUCEMENTS TO INFORMANTS
07/10/2014 HEARING -  OTHER MOTION NOT HELD ON 06/03/2014

          MOTION FOR PROTECTIVE DISCOVERY ORDER
07/10/2014 Charge(s): 1,2,3,4
          TRIAL -  DOCKET CALL NOT HELD ON 06/03/2014


07/11/2014 OTHER FILING -  OTHER DOCUMENT FILED ON 07/11/2014


          OBJECTION TO THE STATE'S MOTION FOR PROTECTIVE DISCOVERY ORDER AND         MEMORANDUM OF
          LAW
07/14/2014 OTHER FILING -  OTHER DOCUMENT FILED ON 07/14/2014


          DEF'S OBJECTION TO THE STATE'S MOTION FOR PROTECTIVE DISCOVERY ORDER.
08/04/2014 TRIAL -  DOCKET CALL NOTICE SENT ON 08/04/2014


08/05/2014 TRIAL -  DOCKET CALL CONTINUED ON 08/05/2014
          DANIEL I BILLINGS , JUSTICE
08/05/2014 TRIAL -  DOCKET CALL SCHEDULED FOR 09/03/2014 at 02:00 p.m.


08/11/2014 MOTION -  MOTION FOR PROTECTIVE ORDER FILED BY STATE ON 05/01/2014


08/11/2014 HEARING -  MOTION FOR PROTECTIVE ORDER SCHEDULED FOR 09/04/2014 at 08:30 a.m.


          NOTICE  TO PARTIES/COUNSEL
08/11/2014 HEARING -  OTHER MOTION SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          MOTION TO DISCLOSE INDUCEMENTS MADE TO COOPERATING INDIVIDUALS
08/11/2014 HEARING -  OTHER MOTION SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          MOTION TO DISCLOSE IDENTITY OF COOPERATING INDIVIDUALS
08/11/2014 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          NOTICE  TO PARTIES/COUNSEL
08/11/2014 HEARING -  OTHER MOTION SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          MOTION TO PREPARE REPORT
08/11/2014 HEARING -  OTHER MOTION SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          MOTION TO EXCLUDE THE RESULTS OF A CHEMICAL FIELD TEST
08/11/2014 HEARING -  OTHER MOTION SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
08/11/2014 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 09/03/2014 at 02:00 p.m.


          NOTICE  TO PARTIES/COUNSEL

08/21/2014 LETTER - REQUEST FOR PROTECTION FILED ON 08/21/2014

09/03/2014 HEARING - MOTION TO SUPPRESS CONTINUED ON 09/03/2014

09/03/2014 HEARING - OTHER MOTION CONTINUED ON 09/03/2014

MOTION TO DISCLOSE INDUCEMENTS MADE TO COOPERATING INDIVIDUALS
09/03/2014 HEARING - OTHER MOTION SCHEDULED FOR 10/07/2014 at 02:00 p.m.

MOTION FOR INDUCMENTS TO COOPERATING INDIVIDUALS
09/03/2014 HEARING - OTHER MOTION CONTINUED ON 09/03/2014

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
09/03/2014 HEARING - OTHER MOTION SCHEDULED FOR 10/07/2014 at 02:00 p.m.

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
09/03/2014 HEARING - OTHER MOTION CONTINUED ON 09/03/2014

MOTION TO EXCLUDE THE RESULTS OF A CHEMICAL FIELD TEST
09/03/2014 HEARING - OTHER MOTION SCHEDULED FOR 10/07/2014 at 02:00 p.m.

MOTION TO EXCLUDE TEST RESULTS
09/03/2014 HEARING - OTHER MOTION CONTINUED ON 09/03/2014

MOTION TO PREPARE REPORT
09/03/2014 HEARING - OTHER MOTION SCHEDULED FOR 10/07/2014 at 02:00 p.m.

MOTION FOR EXPERT REPORT
09/03/2014 HEARING - MOTION FOR DISCOVERY CONTINUED ON 09/03/2014

09/03/2014 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 10/07/2014 at 02:00 p.m.

NOTICE  TO PARTIES/COUNSEL
09/03/2014 HEARING - OTHER MOTION CONTINUED ON 09/03/2014

MOTION TO DISCLOSE IDENTITY OF COOPERATING INDIVIDUALS
09/03/2014 HEARING - OTHER MOTION SCHEDULED FOR 10/07/2014 at 02:00 p.m.

MOTION FOR IDENTIY OF CONFIDENTIAL INFORMANTS
09/03/2014 TRIAL - DOCKET CALL HELD ON 09/03/2014
          ROBERT E MULLEN , JUDGE
          Defendant Present in Court
09/03/2014 Charge(s): 1,2,3,4
          TRIAL - DOCKET CALL SCHEDULED FOR 10/07/2014 at 03:00 p.m.

09/04/2014 HEARING - MOTION FOR PROTECTIVE ORDER HELD ON 09/04/2014

09/04/2014 MOTION - MOTION FOR PROTECTIVE ORDER GRANTED ON 09/04/2014
          ROBERT E MULLEN , JUDGE
          COPY TO PARTIES/COUNSEL
09/04/2014 HEARING - OTHER MOTION NOTICE SENT ON 09/04/2014

MOTION FOR IDENTIY OF CONFIDENTIAL INFORMANTS

09/04/2014 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 09/04/2014

09/04/2014 HEARING - OTHER MOTION NOTICE SENT ON 09/04/2014

        MOTION FOR EXPERT REPORT
09/04/2014 HEARING - OTHER MOTION NOTICE SENT ON 09/04/2014

        MOTION TO EXCLUDE TEST RESULTS
09/04/2014 HEARING - OTHER MOTION NOTICE SENT ON 09/04/2014

        MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
09/04/2014 HEARING - OTHER MOTION NOTICE SENT ON 09/04/2014

        MOTION FOR INDUCMENTS TO COOPERATING INDIVIDUALS
09/24/2014 LETTER - REQUEST FOR PROTECTION FILED ON 09/24/2014

10/08/2014 Charge(s): 1,2,3,4
        TRIAL - DOCKET CALL HELD ON 10/07/2014
        M MICHAELA MURPHY , JUSTICE
        Defendant Present in Court
10/08/2014 HEARING - OTHER MOTION CONTINUED ON 10/07/2014

        MOTION FOR IDENTIY OF CONFIDENTIAL INFORMANTS
10/08/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/03/2014 at 08:30 a.m.

        MOTION TO DISCLOSE INDUCEMENTS
10/08/2014 HEARING - MOTION FOR DISCOVERY CONTINUED ON 10/07/2014

10/08/2014 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 11/03/2014 at 08:30 a.m.

        NOTICE  TO PARTIES/COUNSEL
10/08/2014 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 10/07/2014

10/08/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/07/2014

        MOTION TO DISCLOSE INDUCEMENTS
10/08/2014 HEARING - OTHER MOTION CONTINUED ON 10/07/2014

        MOTION FOR EXPERT REPORT
10/08/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/03/2014 at 08:30 a.m.

        MOTION FOR EXPERT REPORTS
10/08/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/07/2014

        MOTION FOR EXPERT REPORTS
10/08/2014 HEARING - OTHER MOTION CONTINUED ON 10/07/2014

        MOTION TO EXCLUDE TEST RESULTS
10/08/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/03/2014 at 08:30 a.m.

        MOTION TO EXCLUDE TEST RESULTS
10/08/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/07/2014

MOTION TO EXCLUDE TEST RESULTS
10/08/2014 HEARING - OTHER MOTION CONTINUED ON 10/07/2014

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
10/08/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/03/2014 at 08:30 a.m.

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
10/08/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/07/2014

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
10/08/2014 HEARING - OTHER MOTION CONTINUED ON 10/07/2014

MOTION FOR INDUCMENTS TO COOPERATING INDIVIDUALS
10/08/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/03/2014 at 08:30 a.m.

MOTION FOR INDUCEMENTS FOR COOPERATING INDIVIDUALS
10/08/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/07/2014

MOTION FOR INDUCEMENTS FOR COOPERATING INDIVIDUALS
10/08/2014 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/03/2014 at 08:30 a.m.

NOTICE  TO PARTIES/COUNSEL
10/08/2014 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/07/2014

10/17/2014 HEARING - MOTION TO SUPPRESS NOT HELD ON 10/17/2014

JUSTICE MURPHY REQUESTED TO BE RESET
10/17/2014 Charge(s): 1,2,3,4
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 11/04/2014 at 01:00 p.m.

NOTICE  TO PARTIES/COUNSEL
10/17/2014 Charge(s): 1,2,3,4
HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/17/2014

10/17/2014 HEARING - OTHER MOTION NOT HELD ON 10/17/2014

MOTION FOR INDUCEMENTS FOR COOPERATING INDIVIDUALS                    J.MURPHY
REQUESTED THIS BE RESET
10/17/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/04/2014 at 01:00 p.m.

MOTION FOR INDUCMENTS FOR COOPERATING INDIVIDUALS
10/17/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/17/2014

MOTION FOR INDUCMENTS FOR COOPERATING INDIVIDUALS
10/17/2014 HEARING - OTHER MOTION NOT HELD ON 10/17/2014

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING                 J. MURPHY
REQUESTED THAT THIS BE RESET
10/17/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/04/2014 at 01:00 p.m.

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
10/17/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/17/2014

MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
10/17/2014 HEARING - OTHER MOTION NOT HELD ON 10/17/2014

MOTION TO EXCLUDE TEST RESULTS                                    J. MURPHY
REQUESTED CASE BE RESET
10/17/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/04/2014 at 01:00 p.m.

MOTION TO EXCLUDE TEST RESULT
10/17/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/17/2014

MOTION TO EXCLUDE TEST RESULT
10/17/2014 HEARING - OTHER MOTION NOT HELD ON 10/17/2014

MOTION FOR EXPERT REPORTS                                         J. MURPHY
REQUESTED HEARING BE RESET
10/17/2014 HEARING - MOTION EXPERT WITNESS REPORT SCHEDULED FOR 11/04/2014 at 01:00 p.m.

10/17/2014 HEARING - MOTION EXPERT WITNESS REPORT NOTICE SENT ON 10/17/2014

10/17/2014 HEARING - MOTION FOR DISCOVERY NOT HELD ON 10/17/2014

J. MURPHY REQUESTED HEARING BE RESET
10/17/2014 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 11/04/2014 at 01:00 p.m.

NOTICE  TO PARTIES/COUNSEL
10/17/2014 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 10/17/2014

10/17/2014 HEARING - OTHER MOTION NOT HELD ON 10/17/2014

MOTION TO DISCLOSE INDUCEMENTS                                    J. MURPHY
REQUESTED THIS HEARING BE RESET
10/17/2014 HEARING - OTHER MOTION SCHEDULED FOR 11/04/2014 at 01:00 p.m.

MOTION TO DISCLOSE INDUCEMENTS
10/17/2014 HEARING - OTHER MOTION NOTICE SENT ON 10/17/2014

MOTION TO DISCLOSE INDUCEMENTS
11/04/2014 MOTION - OTHER MOTION WITHDRAWN ON 11/04/2014

MOTION TO DISCLOSE IDENTITY OF COOPERATING INDIVIDUAL.
11/04/2014 HEARING - OTHER MOTION NOT HELD ON 11/04/2014

MOTION TO DISCLOSE INDUCEMENTS
11/04/2014 HEARING - MOTION FOR DISCOVERY NOT HELD ON 11/04/2014

11/04/2014 MOTION - MOTION FOR DISCOVERY WITHDRAWN ON 11/04/2014

11/04/2014 MOTION - OTHER MOTION WITHDRAWN ON 11/04/2014

MOTION TO DISCLOSE INDUCEMENTS MADE TO COOPERATING INDIVIDUALS.
11/04/2014 HEARING - OTHER MOTION NOT HELD ON 11/04/2014

MOTION FOR INDUCMENTS FOR COOPERATING INDIVIDUALS

11/04/2014 HEARING - OTHER MOTION CONTINUED ON 11/04/2014

          MOTION FOR ACCESS TO EVIDENCE FOR INDEPENDANT TESTING
11/04/2014 HEARING - OTHER MOTION SCHEDULED FOR 12/04/2014

          MOTION FOR ACCESS FOR INDEPENDANT TESTING
11/04/2014 Charge(s): 1,2,3,4
          HEARING - MOTION TO SUPPRESS HELD ON 11/04/2014
          DONALD H MARDEN , JUSTICE
          Attorney: LEONARD SHARON
          DA: FERNAND·LAROCHELLE
          Defendant Present in Court

          TAPE#1965, INDEX#886-3929
11/04/2014 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 11/04/2014
          DONALD H MARDEN , JUSTICE
          PARTIES TO SUBMIT MEMOS
11/04/2014 Charge(s): 1,2,3,4
          TRIAL - DOCKET CALL SCHEDULED FOR 01/06/2015 at 01:15 p.m.

11/05/2014 HEARING - MOTION EXPERT WITNESS REPORT HELD ON 11/04/2014
          DONALD H MARDEN , JUSTICE
          Defendant Present in Court
11/05/2014 MOTION - OTHER MOTION GRANTED ON 11/04/2014
          DONALD H MARDEN , JUSTICE
          MOTION TO PREPARE REPORT.
11/05/2014 HEARING - OTHER MOTION CONTINUED ON 11/04/2014

          MOTION TO EXCLUDE TEST RESULT
11/07/2014 HEARING - OTHER MOTION NOT HELD ON 11/07/2014

          MOTION FOR ACCESS FOR INDEPENDANT TESTING
11/07/2014 HEARING - OTHER MOTION SCHEDULED FOR 01/06/2015 at 01:15 p.m.

          MOTION FOR INDEPENDANT TESTING
11/14/2014 MOTION - MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 11/14/2014

11/21/2014 MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 11/17/2014
          DONALD H MARDEN , JUSTICE
          COPY TO PARTIES/COUNSEL
11/21/2014 MOTION - MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 11/21/2014

12/07/2014 MOTION - MOTION FOR EXTENSION OF TIME GRANTED ON 11/24/2014
          DONALD H MARDEN , JUSTICE
          COPY TO PARTIES/COUNSEL
12/08/2014 OTHER FILING - MEMORANDUM OF LAW FILED ON 12/05/2014

          DA: FERNAND LAROCHELLE
12/10/2014 OTHER FILING - MEMORANDUM OF LAW FILED ON 12/01/2014

          DA: LEONARD SHARON
12/10/2014 OTHER FILING - MEMORANDUM OF LAW FILED ON 12/01/2014

DA: LEONARD SHARON
12/18/2014 MOTION - OTHER MOTION FILED BY DEFENDANT ON 12/18/2014

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS IDENTIFICATION
01/02/2015 LETTER - REQUEST FOR PROTECTION FILED ON 12/30/2014

01/05/2015 OTHER FILING - OTHER DOCUMENT FILED ON 01/05/2015

DEF'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE.
01/07/2015 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL HELD ON 01/06/2015
M MICHAELA MURPHY , JUSTICE
Defendant Present in Court
01/07/2015 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 02/03/2015 at 01:15 p.m.

01/07/2015 HEARING - OTHER MOTION CONTINUED ON 01/03/2015

MOTION FOR INDEPENDANT TESTING
01/07/2015 HEARING - OTHER MOTION SCHEDULED FOR 02/03/2015 at 01:15 p.m.

MOTION FOR INDEPENDANT TESTING
01/20/2015 OTHER FILING - OTHER DOCUMENT FILED ON 01/20/2015

CD FILED.
02/02/2015 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 02/02/2015

03/18/2015 HEARING - OTHER MOTION SCHEDULED FOR 05/27/2015 at 08:30 a.m. in Room No. 2
DONALD H MARDEN , JUSTICE
MOTION TO REOPEN EVIDENCE
03/18/2015 HEARING - OTHER MOTION NOTICE SENT ON 03/18/2015

MOTION TO REOPEN EVIDENCE
05/12/2015 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL HELD ON 02/03/2015

05/12/2015 Charge(s): 1,2,3,4
TRIAL - DOCKET CALL SCHEDULED FOR 08/05/2015

06/25/2015 Charge(s): 1,2,3,4
HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 07/07/2015 at 08:30 a.m. in Room No. 1

06/30/2015 Charge(s): 1,2,3,4
HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 06/30/2015

07/01/2015 HEARING - OTHER MOTION HELD ON 05/27/2015
DONALD H MARDEN , JUSTICE
MOTION TO REOPEN EVIDENCE
07/01/2015 Charge(s): 1,2,3,4
ORDER - COURT ORDER FILED ON 06/09/2015

A TRUE COPY
ATTEST:  _____
                         Clerk